UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE NWANNE,

         Plaintiff,

    v.

INSTAGRAM INCORPORATE/META, et al.,

         Defendants.

Case No. 23-cv-04296-KAW

ORDER TO SHOW CAUSE

This action was filed on August 22, 2023. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendant, such that November 30, 2023 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. To date, no proof of service has been filed. The Case Management Conference (CMC), originally scheduled for November 21, 2023, was continued to January 23, 2024, because Defendant had not been served 7 days prior to the original CMC date. (Dkt. No. 7.) To date, Plaintiff has not filed a certificate of service, nor have they filed an administrative motion to extend the deadline, so, by separate notice, the CMC was further continued to March 26, 2024. (*See* Dkt. No. 8.)

IT IS HEREBY ORDERED that, by no later than February 23, 2024, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief. Also, by February 23, 2024, Plaintiff shall serve Defendant and file a certificate of service on the docket.

**IT IS SO ORDERED.**

Dated: January 23, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge