1
2
3
4       UNITED STATES DISTRICT COURT
5       NORTHERN DISTRICT OF CALIFORNIA
6
7    JANE NWANNE,                                    Case No. 4:23-cv-04296-KAW
8            Plaintiff,                              **SECOND ORDER TO SHOW CAUSE;
                                                     ORDER CONTINUING CASE
9        v.                                          MANAGEMENT CONFERENCE**
10   INTAGRAM INCORPORATE/META, et                   Re: Dkt. No. 9
     al.,
11
             Defendants.
12

13          This action was filed on August 22, 2023. (Dkt. No. 1.)  Pursuant to Rule 4(m) of the

14   Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and

15   summons on Defendant, such that November 30, 2023 was the last day to complete service or to

16   file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11.  The Case

17   Management Conference ("CMC"), originally scheduled for November 21, 2023, was continued

18   to January 23, 2024, because Defendants had not been served 7 days prior to the original CMC

19   date. (Dkt. No. 7.)

20          On January 23, 2024, the Court issued an order to show cause as to why the case should

21   not be dismissed for failure to comply with the deadline to complete service on Defendants or to

22   file a Motion for Administrative Relief. (Dkt. No. 9.)  Plaintiff's response was due by February 23,

23   2024. *Id.*  Plaintiff was also ordered to serve Defendants and file a certificate of service by that

24   same date. *Id.*  To date, Plaintiff has not filed a certificate of service or otherwise responded to the

25   first order to show cause.

26          Accordingly, the Court issues a SECOND ORDER TO SHOW CAUSE, by no later than

27   **May 31, 2024**, Plaintiff shall explain why this case should not be dismissed for failure to comply

28   with the deadline to complete service on Defendant or to file a Motion for Administrative Relief,

United States District Court
Northern District of California

1    and why she did not respond to the January 23, 2024 order to show cause.  Also, by May 31, 2024,

2    Plaintiff shall serve Defendants and file a certificate of service on the docket.

3         Plaintiff is advised that the failure to timely respond to this order to show cause and

4    complete service on Defendants will result in this case being reassigned to a district judge with the

5    recommendation that the case be dismissed without prejudice for failure to comply with Federal

6    Rule of Civil Procedure 4(m).

7         Finally, the case management conference scheduled for May 28, 2024 is continued to

8    August 6, 2024 at 1:30 PM.  The joint case management statement is due on or before July 30,

9    2024.

10        IT IS SO ORDERED.

11   Dated: May 10, 2024

12                                                    _____
                                                      KANDIS A. WESTMORE
13                                                    United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2